## ESTATE OF JEAN FLEURY.

### No. 8025—Jan. 12, 1879.

FAMILY ALLOWANCE.—CHATTEL MORTGAGE ON PERSONAL PROPERTY TO WHICH WIDOW IS ENTITLED, FOR MAINTENANCE.—COURT MUST ALLOT IT TO WIDOW AND IGNORE LIEN.

The widow asks that certain household furniture, on which there is a chattel mortgage, should be set apart to her. The mortgage holder objects, and prays that it be sold to satisfy the lien.

The Court must deliver the property to the widow and leave the creditor to enforce his claim elsewhere.

Construing section, C. C. P., 1465.

*Pringle & Hayne,* for administratrix.

*Benj. Teal,* for mortgagee.

Deceased left a widow. His estate consisted of household furniture, appraised at $800. The widow asked that the property be set apart to her. The furniture was subject to a mortgage executed by deceased. The mortgagee objected, and asked that the property be sold and the proceeds applied on the mortgage debt.

By the COURT:   The statute providing for the application of proceeds of sale upon a mortgage debt refers to real estate, and not to personal property.   The chattel mortgage cannot be foreclosed in this Court.   The widow is entitled to her order setting apart the property, and if the mortgagee has a remedy, he must pursue it in another Court.